# Court of Appeals
# of the State of Georgia

ATLANTA,_  April 16, 2019 _____

*The Court of Appeals hereby passes the following order:*

**A19A1362. GILMORE v. THE STATE.**

On December 28, 2018, Reginald D. Gilmore filed a notice of appeal from the trial court's order denying his motion to vacate, modify, or suspend the 18-year sentence imposed following his armed robbery conviction. The appeal was docketed on February 4, 2019, and Gilmore's brief of appellant was due on February 25, 2019.

Over one month has passed since this due date, and Gilmore has not filed a brief of appellant.[1] Accordingly, his appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_  04/16/2019 _____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*

---

[1] On February 25, 2019, Gilmore filed a motion to dismiss his appeal "without prejudice." He explained that he is scheduled to appear as a witness for the State in another case and would like to wait until that proceeding concludes before pursuing this appeal. He thus requested that we dismiss the appeal, but allow him to recommence the appellate procedure in the future. We find no basis for granting this request, which here DENIED.